## (September 27, 1974)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JEAN W. TETREAULT, Appellant.— Judgment of the County Court, Suffolk County, rendered November 27, 1973, affirmed. The case is remitted to the County Court for proceedings to direct appellant to surrender himself to said court in order that execution of the judgment be commenced or resumed (CPL 460.50, subd. 5). Hopkins, Acting P. J., Martuscello, Cohalan, Christ and Munder, JJ., concur.